IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HELENA CHEMICAL COMPANY                                            PLAINTIFF

v.                          No. 4:15-cv-324-DPM

EMMET TORIAN; and
EMMET TORIAN FARMS                                                DEFENDANTS

## JUDGMENT

The Court enters Judgment for Helena Chemical Company against Emmet Torian and Emmet Torian Farms, jointly and severally, for $147,555.15 in principal and $45,025.76 in prejudgment finance charges, plus a reasonable attorney's fee and costs as the Court may later award on timely motion. Post-judgment interest will accrue at 0.58% per annum from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)–(b).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 May 2016