## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HELENA CHEMICAL COMPANY**                                      **PLAINTIFF**

v.                                        **No. 4:15-cv-324-DPM**

**EMMET TORIAN; and**
**EMMET TORIAN FARMS**                                          **DEFENDANTS**

v.

**CENTENNIAL BANK; and**
**REGIONS BANK**                                                **GARNISHEES**

### ORDER

1.    On the lock box at Regions Bank: drill it, at Helena Chemical's expense, in the presence of representatives of Torian and Helena Chemical. (The Court appreciates the judgment creditor paying for this extra effort.) The representatives should jointly prepare an inventory and advise the Court. Helena Chemical is entitled to anything of value in the lock box, but is not entitled to use the Writ to do discovery. Joint report due by 31 October 2017.

2.    On the Centennial Bank account: Torian must provide Helena Chemical copies of records showing the funds' source. Joint report due by 31 October 2017.

So Ordered.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_16 October 2017_