# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| HELENA CHEMICAL COMPANY | PLAINTIFF |
| v. No. 4:15-cv-324-DPM | |
| EMMET TORIAN; and EMMET TORIAN FARMS | DEFENDANTS |
| v. | |
| SCHAEFERS BROTHERS FARM; CHRISTOPHER SCHAEFERS; JAMES SCHAEFERS; BANK OF AMERICA NA; CENTENNIAL BANK; and REGIONS BANK | GARNISHEES |

## ORDER

1. The unopposed motion to dismiss garnishee Centennial Bank, № 48, is granted. The parties agree that the money in that account can't be garnished.

2. The unopposed motion to dismiss garnishee Regions Bank, № 49, is granted. There's nothing valuable in the lock box.

3. Torian's motions to quash the writs of garnishment to Regions and Centennial, № 32 & № 35, are denied as moot.

4. The motion to dismiss the writs of garnishment to Christopher Schaefers and James Schaefers, operating as Schaefers Brothers Farm, № 46, is granted. The soybeans are still in the field; and

the rice that has been harvested is at Torian's farm.  № 39 & № 40. These dismissals are without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 November 2017